COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | In re Wellshire Financial Services, LLC d/b/a Loanstar Title Loans d/b/a Moneymax Title Loans and d/b/a Loanmax; Meadowwood Financial Services, LLC d/b/a Loanstar Title Loans and d/b/a Moneymax Title Loans; and Integrity Texas Funding, LP |
| Appellate case number: | 01-17-00087-CV |
| Trial court case number: | 2013-33584 |
| Trial court: | 152nd District Court of Harris County |

The court has received records marked "in camera," but there is no indication that the records are protected from public disclosure by a Rule 76a sealing order. Appellate opinions are prohibited from being sealed. TEX. R. CIV. P. 76a(1); *see* TEX. R. APP. P. 47.3. Information contained in the *in camera* filed documents may be necessary to determine the issues in this mandamus proceeding. Therefore, the parties are hereby notified that we may discuss any and all of the materials marked as *in camera* in any appellate opinion in this case unless a party demonstrates that a Rule 76a sealing order applies.

If either party wishes to continue to assert that documents should not be discussed in any appellate opinion in this case, that party must notify this Court by **Friday, February 10, 2017** either that there is a Rule 76a sealing order in place or that the party will pursue a Rule 76a sealing order from the trial court.

In reviewing any Rule 76a motion, the trial court should consider an appellate court's obligation to publish an opinion that "addresses every issue raised and necessary to final disposition of the appeal" and to advise the parties of "the basic reasons" for the court's decision. TEX. R. APP. P. 47.1, 47.4.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown

                        Acting individually


Date:  February 8, 2017